# UNITED STATES DISTRICT COURT
### for the
### Northern District of Indiana

| | |
|---|---|
| United States of America<br>v.<br><br>MARKUS SPIRES<br><br>Defendant(s) | Case No.<br>2:25-MJ-154<br><br>**FILED UNDER SEAL** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  March 21, 2024 and August 14, 2024  in the county of  Lake  in the  Northern  District of  Indiana , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 371 and 18 U.S.C. § 2 | Conspiracy to Make a Material False Statement in the Acquisition of a Firearm |

This criminal complaint is based on these facts:

See Attached Affidavit

☐ Continued on the attached sheet.

_Complainant's signature_

SA, Alexandra Liss, ATF
_Printed name and title_

Sworn to before me and signed in my presence.

Date:  08/08/2025

s/John E. Martin
_Judge's signature_

City and state:  Hammond, IN

Hon. John Martin, US Magistrate Judge
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Alexandra Liss, Special Agent, Bureau of Alcohol, Tobacco, Firearms & Explosives, being sworn, deposes and states the following:

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") and have been so employed since July of 2022. I am currently assigned to the Chicago Group IV within the Chicago Field Division. My responsibilities include, but are not limited to, the investigation of Federal firearms and narcotics trafficking and firearm and narcotics offenses, particularly those committed by criminal street gangs. I have received special training in the enforcement of laws concerning firearms trafficking, narcotics trafficking and gang activity. I have also been involved in various types of electronic surveillance, search warrants and debriefing of defendants, witnesses, and informants, as well as others who have knowledge of the trafficking of firearms and narcotics. As part of my current assignment, I have investigated criminal violations of the Gun Control Act to include Title 18, United States Code, Sections 922 and 924.

2. Your affiant states the facts which establish the probable cause necessary for issuance of the criminal complaint are either

personally known to me or have been told to me directly by other law enforcement officers with whom I have worked with on this case.

## FACTS ESTABLISHING PROBABLE CAUSE

3. I, and my group, have been tasked with the investigation into persons who lie on ATF Form 4473 about their status as legal purchasers of firearms. In the course of that investigation, a person identified as Larisa STEPNEY became a person of interest based on a large number of firearms that she had purchased, and some of those firearms being recovered by law enforcement.

4. During the course of the investigation, it became apparent that Larisa STEPNEY purchased a minimum of ten (10) firearms between March 21, 2024 and August 14, 2024, from Rural King, Applied Ballistics, and AZ Exchange, all of which are Federal Firearm Licensed (FFL) gun dealers located in Lafayette, Indiana. Three (3) of these firearms have been recovered by various law enforcement agencies. They include one recovered by law enforcement in Aurora, Illinois, 233 days after being purchased; one recovered in Lafayette, Indiana, 207 days after being purchased; and one recovered by law enforcement in Chicago, Illinois, 14 days after being purchased.

5. A review of all ATF Form 4473 involving purchases made by Larisa STEPNEY revealed that STEPNEY made the following

purchases on the corresponding dates and locations: On March 21, 2024, STEPNEY purchased a Ruger, Model: EC9s, 9mm caliber pistol bearing serial number 463-52080, and a Ruger Model: EC9s, 9mm caliber pistol bearing serial number 463-32768 from Rural King. On June 15, 2024, STEPNEY purchased a Ruger, Model: EC9s, 9mm caliber pistol bearing serial number 463-49468 from Rural King. On June 22, 2024, STEPNEY purchased a Taurus Armas, Model: G3C, 9x19mm caliber pistol bearing serial number AGC077328, and a Glock, Model: 17, 9x19mm caliber pistol bearing serial number CCHD029, and a Savage Arms, Model: 64, .22mm caliber rifle bearing serial number 4521978 from Rural King. On June 30, 2024, STEPNEY purchased a Bersa Ramos/RSA, Model: Thunder, .380mm caliber pistol bearing serial number H59689 and a Ruger, Model: LCPII, .380mm caliber pistol bearing serial number 380634013 from Applied Ballistics. On August 3, 2024, STEPNEY purchased a Glock, Model: 26, 9mm caliber pistol bearing serial number BWHW139, and a Kel-Tec, Model: SUB2000EN3, 9mm caliber rifle bearing serial number 24E2905.

6.  For each of the aforementioned firearm purchases, on the ATF Form 4473 question 21(a) asks "Are you the actual

transferee/buyer of the firearm(s) listed on this form?" to which Larisa STEPNEY answered "Yes" on every ATF Form 4473.

7. On August 15, 2024, ATF Special Agents Alexandra Liss and Christian Carranza interviewed Larisa STEPNEY in Lafayette, Indiana. When asked about her firearms purchases and recoveries STEPNEY told law enforcement that she purchased the firearms and they are at her father's house in Dolton, Illinois. STEPNEY stated she picks out firearms based on their appearance and she will go to the store alone or with her boyfriend, Markus SPIRES. STEPNEY fills out the ATF 4473, lists "25 Ironwood Court, Lafayette, Indiana," as the address and acknowledged she never lived there when we filled out the ATF 4473. SPIRES stated he does not have a firearm because he had legal trouble in Chicago, Illinois and he has felony charges. After the interview, SA Liss found out SPIRES has at least four felony convictions.

8. SA Liss contacted the management company for 25 Ironwood Court, Lafayette, Indiana and obtained the leasing documents from July 3, 2020 through July 28, 2025. STEPNEY was never on the lease for 25 Ironwood Court, Lafayette, Indiana.

9. On September 5, 2025, ATF Special Agents Alexandra Liss and Ricky Rayner interviewed Larisa STEPNEY in Lafayette, Indiana.

STEPNEY explained she purchased firearms for SPIRES. STEPNEY and SPIRES would combine their money together and go to the firearms store together. STEPNEY would fill out the ATF 4473 to purchase the firearm. STEPNEY explained that she does not know what SPIRES did with the firearms but he does not have them. STEPNEY confirmed she understood she should have marked Question 21 A. "No" instead of "Yes." Stepney restated she did not live at 25 Ironwood Court when she purchased the firearms.

10. After interviewing STEPNEY, agents interviewed SPIRES on September 5, 2024. SPIRES explained to agents he is from Chicago, IL, he is a Black Disciple, and he is a felon. SPIRES explained he sold one or two firearms. SPIRES took out his cellphone and showed agents text messages between him and "Jae Kutz Hittas." SPIRES explained "Jae" would ask for firearms and SPIRES produced text messages between himself and Jae coordinating deals. SPIRES sent photos of firearms, the price of the firearm and use his phone to coordinate meet up times. SPIRES said he made approximately $100 per firearm he sold.

11. If Larisa STEPNEY would have answered truthfully to question number 21(a) on ATF Form 4473 concerning her being the actual transferee/buyer of the firearms, the federally licensed firearms

dealers selling the firearms would have denied the transaction by law. Further, of the federally licensed firearms dealer knew STEPNEY did not live at the address she listed on the form, the transaction would have been denied by law.

    10.    This warrant is being considered electronically via telephone or other reliable electronic means, in accordance with Federal Rules of Criminal Procedure 41(d)(3) and 4.1. Furthermore, this affidavit has been electronically transmitted verbatim to the judge.

## CONCLUSION

11. Based upon the information contained in this Affidavit, probable cause to believe that between March 21, 2024 and August 14, 2024 in the Northern District of Indiana, Markus SPIRES violated Title 18, United States Code, 371, and Title 18, United States Code, Section 2, Conspiracy to Make a Material False Statement in the Acquisition of a Firearm.

FURTHER AFFIANT SAYETH NAUGHT.

_____
ALEXANDRA LISS
SPECIAL AGENT BUREAU OF ALCOHOL,
TOBACCO, FIREARMS AND EXPLOSIVES

This affidavit and accompanying warrant have been transmitted to me electronically and the affiant has verbally attested to the truth and accuracy of the contents via telephone this 8th day of August 2025.

s/John E. Martin
_____
HONORABLE JOHN E. MARTIN
UNITED STATES MAGISTRATE JUDGE
NORTHERN DISTRICT OF INDIANA