UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

-FILED-
AUG 20 2025
At _____
Chanda J. Berta, Clerk   M
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CAUSE NO. 2:25-CR-86 |
| | ) | |
| v. | ) | 18 U.S.C. § 2 |
| | ) | 18 U.S.C. § 371 |
| | ) | 18 U.S.C. § 922(a)(6) |
| | ) | 18 U.S.C. § 924(a)(1)(A) |
| MARKUS SPIRES | ) | 18 U.S.C. § 922(g)(1) |

## INDICTMENT

**THE GRAND JURY CHARGES:**

## COUNT 1

From on or about March 21, 2024, and continuing to and including on or about September 5, 2024, both dates being approximate and inclusive, in the Northern District of Indiana,

**MARKUS SPIRES**,

defendant herein, unlawfully, willfully, and knowingly did combine, conspire, confederate, and agree with persons known and unknown to the grand jury to commit the following offense against the United States, that is, in connection with the acquisition of firearms from FFL #1, FFL #2, and FFL #3, all three of which are federally licensed firearms dealers licensed under the provisions of Chapter 44 of Title 18, United States Code, to knowingly make false and fictitious statements to the dealer, which statements were intended and

1

likely to deceive the dealer with respect to any fact material to the lawfulness of the sale of such firearms, in that Individual #1 represented on the Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record forms that Individual #1 was the actual transferee/buyer of the firearms listed on the forms, whereas in truth and in fact Individual #1 well knew that Individual #1 was not the actual transferee/buyer of the firearms listed on the forms, and Individual #1 was purchasing the firearms for others individuals, including MARKUS SPIRES.

## MANNER AND MEANS OF THE CONSPIRACY

It was part of the conspiracy that: (1) SPIRES shopped for firearms online with Individual #1 for Individual #1 to purchase firearms for SPIRES, and SPIRES would then resell those firearms to others; (2) Individual #1 purchased those firearms from FFL #1, FFL #2, and FFL # 3, and in so doing knowingly and with intent to deceive, Individual #1 executed Department of Justice, ATF Form 4473 Firearms Transaction Records, in which Individual #1 falsely represented himself/herself as the actual transferee/buyer of the firearms listed on the forms, whereas in truth and in fact, Individual #1 and SPIRES well knew that Individual #1 was not the actual transferee/buyer of the firearms listed on the forms and was purchasing the firearms for other individuals including SPIRES; and (3) Individual #1 thereafter transferred

those firearms to SPIRES.

In furtherance of the conspiracy, and to effect its objects,

**MARKUS SPIRES,**

defendant herein, and others known and unknown to the grand jury, performed the following

### OVERT ACTS:

1. On or about March 21, 2024, MARKUS SPIRES accompanied Individual #1 to FFL #1 in Lafayette, Indiana, to purchase a firearm for SPIRES. Individual #1 purchased the firearm for SPIRES and gave the firearm to SPIRES.

2. Individual #1 completed the paperwork and conducted the transaction to purchase a firearm, and in so doing knowingly and with intent to deceive executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, in which Individual #1 falsely represented himself/herself as the transferee/buyer of the firearm listed on the form, which was a Ruger EC9S 9mm firearm; whereas in truth and in fact, Individual #1 well knew that he/she was purchasing the firearm for someone else.

3. On or about June 15, 2024, MARKUS SPIRES combined his money with money of Individual #1 and accompanied Individual #1 to FFL #1

in Lafayette, Indiana, to purchase firearms for SPIRES. Individual #1 purchased the firearms for SPIRES and gave the firearms to SPIRES.

4. Individual #1 completed the paperwork and conducted the transaction to purchase a firearm, and in so doing knowingly and with intent to deceive executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, in which Individual #1 falsely represented himself/herself as the transferee/buyer of the firearm listed on the form, which was a Ruger EC9S 9mm firearm; whereas in truth and in fact, Individual #1 well knew that he/she was purchasing the firearm for someone else.

5. On or about June 22, 2024, MARKUS SPIRES combined his money with money of Individual #1 and accompanied Individual #1 to FFL #1 in Lafayette, Indiana, to purchase firearms for SPIRES. Individual #1 purchased the firearms for SPIRES and gave the firearms to SPIRES.

6. Individual #1 completed the paperwork and conducted the transaction to purchase firearms, and in so doing knowingly and with intent to deceive executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, in which Individual #1 falsely represented himself/herself as the transferee/buyer of the firearms listed on the form, which were a Taurus Arms G3C 9x19mm

firearm, a Glock 17 9x19mm firearm, and a Savage Arms 64 .22mm firearm; whereas in truth and in fact, Individual #1 well knew that he/she was purchasing the firearms for someone else.

7.   On or about June 30, 2024, MARKUS SPIRES combined his money with money of Individual #1 and accompanied Individual #1 to FFL #1 in Lafayette, Indiana, to purchase a firearm for SPIRES. Individual #1 purchased the firearm for SPIRES and gave the firearm to SPIRES.

8.   Individual #1 completed the paperwork and conducted the transaction to purchase a firearm, and in so doing knowingly and with intent to deceive executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, in which Individual #1 falsely represented himself/herself as the transferee/buyer of the firearm listed on the form, which was a Bersa Thunder 380 .380 caliber firearm; whereas in truth and in fact, Individual #1 well knew that he/she was purchasing the firearm for someone else.

9.   On or about June 30, 2024, MARKUS SPIRES combined his money with money of Individual #1 and accompanied Individual #1 to FFL #2 in Lafayette, Indiana, to purchase a firearm for SPIRES. Individual #1 purchased the firearm for SPIRES and gave the firearm to SPIRES. Individual #1 completed the paperwork and conducted the transaction to

purchase firearm, and in so doing knowingly and with intent to deceive executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, in which Individual #1 falsely represented himself/herself as the transferee/buyer of the firearms listed on the form, which was a Ruger LCPII .380 caliber firearm; whereas in truth and in fact, Individual #1 well knew that he/she was purchasing the firearm for someone else.

10. On or about August 3, 2024, MARKUS SPIRES combined his money with money of Individual #1 and accompanied Individual #1 to FFL #3 in Lafayette, Indiana, to purchase firearms for SPIRES. Individual #1 purchased the firearms for SPIRES and gave the firearms to SPIRES.

11. Individual #1 completed the paperwork and conducted the transaction to purchase firearm, and in so doing knowingly and with intent to deceive executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, in which Individual #1 falsely represented himself/herself as the transferee/buyer of the firearms listed on the form, which were a Glock 26 9mm firearm and a KelTec Sub2000EN3 9mm firearm; whereas in truth and in fact, Individual #1 well knew that he/she was purchasing the firearm for someone else.

All in violation of Title 18, United States Code, Sections 371 and 2.

## THE GRAND JURY FURTHER CHARGES:

### COUNTS 2-7

On or about the following dates, in the Northern District of Indiana,

**MARKUS SPIRES**,

defendant herein, in connection with the acquisition of firearms from the following firearms dealers, who are licensed under the provisions of Chapter 44 of Title 18, United States Code, knowingly aided and abetted the knowing making of false and fictitious statements to the dealer, which statements were intended and likely to deceive the dealer with respect to any fact material to the lawfulness of the sale of such firearms, in that Individual #1 represented on the Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record on the following dates, that Individual #1 was the actual transferee/buyer of the firearm(s) listed on the form, whereas in truth and in fact Individual #1 well knew that Individual #1 was not the actual transferee/buyer of the firearm(s) listed on the form, and Individual #1 was purchasing the firearms for another individual;

In violation of Title 18, United States Code, Sections 2 and 922(a)(6).

| Count | Date | Firearms Dealer |
|---|---|---|
| 2 | March 21, 2024 | FFL #1 |
| 3 | June 15, 2024 | FFL #1 |
| 4 | June 22, 2024 | FFL #1 |
| 5 | June 30, 2024 | FFL #1 |
| 6 | June 30, 2024 | FFL #2 |
| 7 | August 3, 2024 | FFL #3 |

## THE GRAND JURY FURTHER CHARGES:

## COUNTS 8 - 13

On or about the following dates, in the Northern District of Indiana,

## MARKUS SPIRES,

defendant herein, knowingly aided and abetted the knowing making of false statements and representations to the following firearms dealers, who are licensed under the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of the dealer, in that Individual #1 did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record on the following dates, to the effect that Individual #1 was the actual transferee/buyer of the firearm(s) listed on the form, whereas in truth and in fact, Individual #1 well knew that Individual #1 was not the actual transferee/buyer of the firearm(s) listed on the form,

In violation of Title 18, United States Code, Sections 2 and 924(a)(1)(A).

| Count | Date | Firearms Dealer |
| --- | --- | --- |
| 8 | March 21, 2024 | FFL #1 |
| 9 | June 15, 2024 | FFL #1 |
| 10 | June 22, 2024 | FFL #1 |
| 11 | June 30, 2024 | FFL #1 |
| 12 | June 30, 2024 | FFL #2 |

| 13 | August 3, 2024 | FFL #3 |

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 14

Between on or about March 21, 2024, and on or about September 5, 2024, in the Northern District of Indiana,

**MARKUS SPIRES**,

defendant herein, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, and the firearm was in and affecting commerce;

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL:

*/s/ Foreperson*
FOREPERSON

M. SCOTT PROCTOR
ACTING UNITED STATES ATTORNEY

By: */s/ Michael J. Toth*
Michael J. Toth
Assistant United States Attorney